1  BRYAN H. HECKENLIVELY (State Bar No. 279140)
   Bryan.Heckenlively@mto.com
2  STEPHANIE G. HERRERA (State Bar No. 313887)
   stephanie.herrera@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
4  San Francisco, California 94105-2907
   Telephone:    415) 512-4000
5  Facsimile:    (213) 687-3702

6  MILES W. UNTERREINER (State Bar No. 347959)
   miles.unterreiner@mto.com
7  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
8  Los Angeles, California 90071
   Telephone:    (213) 683-9100
9
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA FACULTY ASSOCIATION, JENNIFER EAGAN; KEVIN PINA; and G. CHRIS BROWN,<br><br>Plaintiffs,<br><br>vs.<br><br>MILDRED GARCIA, in her official capacity as Chancellor of the California State University; CATHY SANDEEN, in her official capacity as President of California State University, East Bay; SYLVIA ALVA, in her official capacity as President of California State University, Fullerton; and DOES 1-10,<br><br>Defendants. | Case No. 4:23-cv-06230-DMR<br><br>**STIPULATED JOINT REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiffs California Faculty Association, Jennifer Eagan, Kevin Pina, and G. Chris Brown, and Defendants Mildred Garcia, Cathy Sandeen, and Sylvia Alva, through their counsel, and without admission of any kind, or waiver of any defense, objection, or response, stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on December 1, 2023;

WHEREAS, the parties previously stipulated (Dkt. 9), pursuant to Civil L.R. 6-1, to extend Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint until February 5, 2024;

WHEREAS, Defendants have not yet answered or otherwise responded to the Complaint;

WHEREAS, Plaintiff California Faculty Association ("CFA") has reached an agreement in principle with the California State University system ("CSU") to resolve a labor dispute, which agreement is subject to ratification by CFA's members;

WHEREAS, under the terms of the agreement, CFA would dismiss this case with prejudice within 10 days of such ratification;

WHEREAS, in order to avoid unnecessary use of court or party resources while the agreement is pending ratification, Plaintiffs have agreed to extend Defendants' time to answer or otherwise respond to the Complaint by 60 days, to allow CFA time to ratify the agreement dismissing this case;

WHEREAS, the initial Case Management Conference ("CMC") in this case is currently scheduled for March 6, 2024, at 1:30pm, in Courtroom 4; the deadline for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan is February 14, 2024; and the deadline for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection, and file a Case Management Statement is February 28, 2024 (Dkt. 6);

WHEREAS, the parties have further agreed that the CMC and all associated deadlines should be continued to similarly avoid unnecessary use of court or party resources;

NOW, THEREFORE, Plaintiffs and Defendants, through their counsel, file this stipulated request as follows:

Plaintiffs and Defendants HEREBY JOINTLY REQUEST AN ORDER, pursuant to Civil L.R. 6-1(b) and 6-2(a), changing Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint to and including April 5, 2024, and postponing the Case Management Conference for a period of not less than eight weeks, until May 1, 2024; the deadline for the parties to meet and confer regarding initial disclosures and other matters for the same period of eight weeks, until April 10, 2024; and the deadline for the parties to complete initial disclosures, file a Case Management Statement, and other matters for the same period of eight weeks, until April 24, 2024; or until such time as the Court finds convenient.

DATED: January 30, 2024                    MUNGER, TOLLES & OLSON LLP

                                           By:      /s/ Bryan H. Heckenlively
                                                 BRYAN H. HECKENLIVELY
                                           Attorneys for Defendants


DATED: January 30, 2024                    ROTHNER, SEGALL & GREENSTONE

                                           By:      /s/ Julia Harumi Mass
                                                 JULIA HARUMI MASS
                                           Attorneys for Plaintiffs


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   February 1 , 2024                 THE HONORABLE DONNA M. RYU
                                           Chief Magistrate Judge
                                           U.S. District Court, Northern District of California
                                           Oakland Division

                                           By: _____
                                                 THE HONORABLE DONNA M. RYU

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By:    */s/ Bryan H. Heckenlively*
       BRYAN H. HECKENLIVELY
       Attorney for Defendants