1  JULIA HARUMI MASS (CSB No. 189649)
   HANNAH S. WEINSTEIN (CSB No. 301666)
2  ROTHNER, SEGALL & GREENSTONE
   510 South Marengo Avenue
3  Pasadena, CA  91101
   Telephone:  (626) 796-7555
4  Facsimile:  (626) 577-0124
   E-mail:     jmass@rsglabor.com
5              hweinstein@rsglabor.com

6  Attorneys for Plaintiffs California Faculty
   Association, Jennifer Eagan, Kevin Pina, and
7  G. Chris Brown

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| CALIFORNIA FACULTY ASSOCIATION; JENNIFER EAGAN; KEVIN PINA; and G. CHRIS BROWN, | CASE NO. 4:23-cv-06230-DMR |
|---|---|
| Plaintiffs, | **NOTICE OF DISMISSAL** |
| v. | |
| MILDRED GARCIA, in her official capacity as Chancellor of the California State University; CATHY SANDEEN, in her official capacity as President of California State University, East Bay; SYLVIA ALVA, in her official capacity as President of California State University, Fullerton; and DOES 1-10, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i), Plaintiffs California Faculty Association, Jennifer Eagan, Kevin Pina, and G. Chris Brown hereby voluntarily dismiss their Complaint filed December 1, 2023, in the above-captioned action.

| | |
|---|---|
| DATED: March 11, 2024 | JULIA HARUMI MASS<br>HANNAH S. WEINSTEIN<br>ROTHNER, SEGALL & GREENSTONE<br><br>By  */s/ Julia Harumi Mass*<br>       JULIA HARUMI MASS<br>Attorneys for Plaintiffs California Faculty Association, Jennifer Eagan, Kevin Pina, and G. Chris Brown |